**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7162

DAVID KENT FITCH,

                Petitioner - Appellant,

        v.

MARY M. MITCHELL, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Henry F. Floyd, District Judge.
(9:10-cv-00952-HFF)

Submitted:  November 18, 2010        Decided:  December 2, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Kent Fitch, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kent Fitch, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fitch v. Mitchell, No. 9:10-cv-00952-HFF (D.S.C. July 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2